UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMY C. ANDREWS,

    Plaintiff,

v.                                                     Case No:   6:18-cv-461-Orl-41TBS

RON MCMAHAN and AMERICAN
MORTGAGE INVESTMENT PARTNERS
MANAGEMENT LLC,

    Defendants.

## ORDER

This matter comes before the Court *sua sponte*. On July 23 and 24, 2018, Defendants filed their Rule 26 Initial Disclosures (Docs. 20, 22). This district prohibits litigants from filing discovery material unless that material is "necessary to the presentation or defense of a motion," or otherwise required. Middle District Discovery (2015) at 4;[1] see also FED. R. CIV. P. 5(d)(1); M.D. FLA. R. 3.03. There is no permitted reason for the filing of the disclosures. Therefore, the documents filed at docket entry 20 and 22 are **STRICKEN and the Clerk is directed to delete them from the electronic record.**

**DONE** and **ORDERED** in Orlando, Florida on July 24, 2018.

*/s/ Thomas B. Smith*
THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:
Counsel of Record

---

[1] The Middle District Discovery (2015) handbook can be found on the Court's website, http://www.flmd.uscourts.gov, under the "For Lawyers" tab.